UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER COLLINS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:16 CV 829 CDP |
| ) | |
| THE DOE RUN RESOURCES CORP., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

On June 13, 2016, I ordered plaintiffs to show cause whether plaintiff Y.K.H.N. had also filed an earlier lawsuit assigned to me, Case No. 4:13CV245 CDP. This case was directly assigned to me because of this common plaintiff. In response, plaintiff Y.K.H.N. acknowledged that he was also a plaintiff in 4:13CV245 CDP and moved to voluntarily dismiss his claims in this lawsuit. [22]. I will grant plaintiff leave to dismiss his claims. Plaintiff Y.K.H.N. having dismissed his claims, this case should not have been directly assigned to me. Therefore, I will direct the Clerk of the Court to randomly reassign this case, including me within the random draw.

Accordingly,

**IT IS HEREBY ORDERED** that the notice of voluntary dismissal [22] is granted, and plaintiff Y.K.H.N.'s claims are dismissed.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall randomly reassign this case, including me within the random draw.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of June, 2016.